# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1794

_____

United States of America

*Plaintiff - Appellee*

v.

Jonathan M. Green

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 3, 2013
Filed: December 6, 2013
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judge.

_____

PER CURIAM.

Jonathan Green directly appeals the above-Guidelines-range sentence the district court[1] imposed after he pleaded guilty to escape from federal custody. His

---

[1]The Honorable Greg Kays, United States District Judge for the Western District of Missouri.

counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), suggesting that the sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. <u>See</u> <u>United States v. Mangum</u>, 625 F.3d 466, 470 (8th Cir. 2010) (upward variance is reasonable where court makes individualized assessment of 18 U.S.C. § 3553(a) factors based on facts presented, and considers defendant's proffered information). Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the district court.

_____